UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
101 FROST STREET ASSOCIATES, L.P.;
NEXT MILLENNIUM REALTY, LLC,

                         Plaintiffs,

        -against-

UNITED STATES DEPARTMENT OF
ENERGY; et al.,

                       Defendants.
------------------------------------------------------------------X

For Online Publication Only

**ORDER**
17-CV-3585 (JMA)(ARL)

**FILED
CLERK**

1:33 pm, Oct 04, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Currently pending is a motion to dismiss filed by the United States Department of Energy ("DOE"), and Third-Party Defendant, the United States of America ("United States") (collectively, the "Federal Defendants"). On July 27, 2022, Judge Lindsay issued an R&R recommending that the Court deny Federal Defendants' motion to dismiss certain cross-claims by Defendant and Third-Party Plaintiffs GTE Operations Support Incorporated ("GTEOSI"), GTE Sylvania Incorporated and Sylvania Electric Products (collectively "GTE/Sylvania"). (ECF No. 132.) Federal Defendants filed timely objections to the R&R, (ECF No. 136), and GTE/Sylvania timely responded to the objections, (ECF No. 137). After conducting a review of the full record (including the motion papers, R&R, and objections), and applicable law, the Court adopts Magistrate Judge Lindsay's R&R in its entirety as the opinion of the Court.

In reviewing a magistrate judge's report and recommendation on a dispositive motion, a court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 5-CV-5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). Even for dispositive motions, the portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall

1

Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

The Court has undertaken a de novo review of the record, the R&R, the objections, and the response, and agrees with Judge Lindsay's R&R.   The R&R is adopted in its entirety as the opinion of this Court.   Federal Defendants' motion to dismiss is DENIED.


**SO ORDERED.**

Dated: October 4, 2022
Central Islip, New York

                              /s/   (JMA)
                              JOAN M. AZRACK
                              UNITED STATES DISTRICT JUDGE